An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

FARRELL TRAMAYNE VICTOR,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 63070

**FILED**

OCT 1 6 2013



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

*ORDER OF AFFIRMANCE*

This is a proper person appeal from an order denying a motion to correct an illegal sentence.[1] Eighth Judicial District Court, Clark County; Douglas W. Herndon, Judge.

In his motion filed on February 25, 2013, appellant claimed that the district court improperly sentenced him as a habitual criminal. Appellant also claimed that the district court improperly imposed a sentence for count 3 that differed from the sentences for counts 1, 2, and 4. Appellant failed to demonstrate that his sentence was facially illegal or that the district court lacked jurisdiction. *See Edwards v. State*, 112 Nev.

---

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted. *See Luckett v. Warden*, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

13-31026

704, 708, 918 P.2d 321, 324 (1996). We therefore conclude that the district court did not err in denying appellant's motion.

ORDER the judgment of the district court AFFIRMED.

_____, J.
Hardesty

_____ J.
Parraguirre

_____, J.
Cherry

cc:    Hon. Douglas W. Herndon, District Judge
       Farrell Tramayne Victor
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

